**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CRUZ HERNANDEZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>BUREAU OF PRISONS, ET AL.,<br><br>       Defendants. | CASE NO. CV 08-06572 RGK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: May 25, 2010

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE