O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTIN CRUZ HERNANDEZ, | ) CASE NO. CV 08-06572 RGK (RZ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| BUREAU OF PRISONS, ET AL., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: May 25, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE